AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

KARON BRYANT,

    Plaintiff,

v.

CHATHAM COUNTY DETENTION CENTER,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV 423-267

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated October 20, 2023, the Report and Recommendation is vacated in part, Plaintiff's Motion to extend the period to object is denied as moot, and Plaintiff's Complaint is dismissed. This case stands closed.

Approved by: _/s/ Christopher L. Ray_
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

October 20, 2023
Date

John E. Triplett, Clerk of Court
Clerk

_/s/ Jamie Hodge_
(By) Deputy Clerk

GAS Rev 10/2020